IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DELILAH R. CORONA and**
**SHANNON V. STURGIS**                                                                **PLAINTIFFS**

v.                                    No. 4:23CV00342-JM

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                                  **DEFENDANT**

### ORDER OF DISMISSAL WITH PREJUDICE

    Comes before the Court the joint Motion of Plaintiffs and the Defendant, seeking to have the above-captioned lawsuit dismissed with prejudice. The Court has been advised that the parties have resolved the dispute between them and, based upon the foregoing, this lawsuit is hereby dismissed with prejudice.

_____
HONORABLE JAMES M. MOODY JR.
UNITED STATES DISTRICT COURT JUDGE